# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| Ernesto Del Barrio Jr., and Owen Williams | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:20-cv-7341 JCS |
| Dr. Ing h.c.F. Porsche AG, and Porsche Cars North America, Inc. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Porsche Cars North America, Inc. as agent for
Dr. Ing h.c.F. Porsche AG
c/o CT Corporation System
818 West Seventh Street, Suite 930
Los Angeles, CA 9001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Matthew Preusch
Keller Rohrback LLP
1201 Third Ave, Suite 3200
Seattle, WA 98101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: 10/20/2020

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Ernesto Del Barrio Jr., and Owen Williams | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:20-cv-7341 JCS |
| Dr. Ing h.c.F. Porsche AG, and Porsche Cars North America, Inc. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Porsche Cars North America, Inc.
c/o CT Corporation System
818 West Seventh Street, Suite 930
Los Angeles, CA 9001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Matthew Preusch
Keller Rohrback LLP
1201 Third Ave, Suite 3200
Seattle, WA 98101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: 10/20/2020

*Signature of Clerk or Deputy Clerk*