# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ernesto Del Barrio Jr., et al. ) <br><br> Plaintiff(s), ) <br><br> v. ) <br> Porsche Cars North America, Inc., et al. ) <br><br> Defendant(s). ) | Case No: 3:20-cv-07341 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

    I, Ryan McDevitt, an active member in good standing of the bar of Washington, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: plaintiffs in the above-entitled action. My local co-counsel in this case is Matthew Preusch, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: <br> 1201 Third Ave., Suite 3200 <br> Seattle, WA 98101 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: <br> 801 Garden Street, Suite 301 <br> Santa Barbara, CA 93101 |
|---|---|
| MY TELEPHONE # OF RECORD: <br> 206-623-1900 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> 805-456-1496 |
| MY EMAIL ADDRESS OF RECORD: <br> rmcdevitt@kellerrohrback.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> mpreusch@kellerrohrback.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 43305.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 10/20/20

                                                    Ryan McDevitt
                                                    APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Ryan McDevitt is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/21/2020

                                                  Judge Joseph C. Spero
                        UNITED STATES DISTRICT / MAGISTRATE JUDGE