Ryan McDevitt, 43305
(206) 6231900
Keller Rohrback LLP
1201 3rd Avenue, Suite 3200
Seattle, WA 98101
Representing: Plaintiff

File No. 33348-2

United States District Court, Northern District of California

Northern District of California - District - San Jose

Ernesto Del Barrio Jr., et al.

Plaintiff/Petitioner

vs.

DR. ING. H.C. F. PORSCHE AG, et al.

Defendant/Respondent

Case No. 3:20-cv-07341-JCS

Proof of Service of:

Complaint, Civil Cover Sheet, Summons, CIVIL STANDING ORDERS FOR MAGISTRATE JUDGE JOSEPH C. SPERO, Standing Order for All Judges of the Northern District of California, Electronic Case Filing (ECF) Registration Information, Waiver of the Service of Summons, Notice of Assignment of Case to a United States Magistrate Judge for Trial, Consent or Declination to Magistrate Judge Jurisdiction

Service on:

Porsche Cars North America, Inc.

Hearing Date:
Hearing Time:
Div/Dept:

PROOF OF SERVICE

OL#15362094

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ryan McDevitt, 43305<br>Keller Rohrback LLP<br>1201 3rd Avenue, Suite 3200<br>Seattle, WA 98101 | (206) 6231900 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>33348-2 | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF:

Ernesto Del Barrio Jr., et al.

DEFENDANT:

DR. ING. H.C. F. PORSCHE AG, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:20-cv-07341-JCS |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
   Complaint, Civil Cover Sheet, Summons, CIVIL STANDING ORDERS FOR MAGISTRATE JUDGE JOSEPH C. SPERO, Standing Order for All Judges of the Northern District of California, Electronic Case Filing (ECF) Registration Information, Waiver of the Service of Summons, Notice of Assignment of Case to a United States Magistrate Judge for Trial, Consent or Declination to Magistrate Judge Jurisdiction

2. Party Served: Porsche Cars North America, Inc.

3. Person Served: CT Corp - Daisy Montenegro, Intake Specialist - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 10/22/2020   1:44PM

5. Address, City and State: 818 West Seventh Street, Suite 930
   Los Angeles, CA 90017

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 40

Registered California process server.
County: Los Angeles
Registration No.: 4553
Jimmy Lizama
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 10/22/2020 at Petaluma, California.

Signature: _____

Jimmy Lizama

OL# 15362094