Lynn Lincoln Sarko, *pro hac vice* forthcoming
Gretchen Freeman Cappio, appearance *pro hac vice*
Ryan McDevitt, appearance *pro hac vice*
Adele A. Daniel, *pro hac vice* forthcoming
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900, Fax (206) 623-3384
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
rmcdevitt@kellerrohrback.com
adaniel@kellerrohrback.com

Matthew J. Preusch (SBN 298144)
KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
(805) 456-1496, Fax (805) 456-1497

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNESTO DEL BARRIO, JR., and OWEN WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DR. ING. H.C. F. PORSCHE AG, AND PORSCHE CARS NORTH AMERICA, INC.,<br><br>Defendants. | No. 3:20-cv-7341<br><br>**NOTICE OF PENDENCY OF OTHER ACTIONS** |

## **TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD**

Pursuant to Local Rule 3-13, Plaintiffs Ernesto Del Barrio, Jr. and Owen Williams provide notice that *Del Barrio, et al. v. Dr. Ing. h.c. F. Porsche AG, et al.*, No. 3:20-cv-7341, involves substantially the same parties, property, transaction or event as *In re: Volkswagen "Clean Diesel"*

*Marketing, Sales Practices, and Products Liability Litigation,* MDL No. 2672 CRB (JSC), Hon. Charles R. Breyer, and *Fajardo, et al. v. Dr. Ing. h.c. F. Porsche AG, et al.* No. 3:20-cv-7473.

DATED this 26th day of October, 2020.

KELLER ROHRBACK L.L.P.

By *s/ Ryan McDevitt*
Ryan McDevitt, appearance *pro hac vice*
Lynn Lincoln Sarko, *pro hac vice* forthcoming
Gretchen Freeman Cappio, appearance *pro hac vice*
Adele A. Daniel, *pro hac vice* forthcoming
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900, Fax (206) 623-3384
rmcdevitt@kellerrohrback.com
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
adaniel@kellerrohrback.com

Matthew J. Preusch (SBN 298144)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
(805) 456-1496
Fax (805) 456-1497
mpreusch@kellerrohrback.com

*Attorneys for Plaintiffs*

# CERTIFICATION OF SERVICE

I, Ryan McDevitt, hereby certify that on October 26, 2020, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record, as well as by personal service, to:

Porsche Cars North America, Inc. as agent for
Dr. Ing h.c.F. Porsche AG
c/o CT Corporation System
818 West Seventh Street, Suite 930
Los Angeles, CA 9001

Porsche Cars North America, Inc.
c/o CT Corporation System
818 West Seventh Street, Suite 930
Los Angeles, CA 9001

*Defendants*

By: *s/ Ryan McDevitt*
Ryan McDevitt